**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANTHONY TANNER,**

       **Plaintiff,**

**v.**                                             **Case No.:  8:19-cv-219-T-36SPF**

**ENGLEWOOD WATER DISTRICT,**

       **Defendant.**
_____/

**NOTICE OF COMPLIANCE WITH LOCAL RULES FOR THE JOINT STIPULATION OF SUBSTITUTION OF COUNSEL, (DOC. 20)**

The Defendant, Englewood Water District, files this notice of compliance with Local Rules 2.03(b) and 3.01(g) for the Joint Stipulation for Substitution of Counsel, (Doc. 20), filed on July 8, 2019. Specifically, pursuant to Local Rule 3.01(g), the Defendant previously conferred in good faith with respect to the relief sought in the Joint Stipulation, (Doc. 20), and the Plaintiff has no objection. Additionally, pursuant to Local Rule 2.03(b), the undersigned counsel has provided more than ten (10) days' notice to the Defendant and the Plaintiff regarding the request to be discharged as counsel. The Defendant has consented to the relief sought in the Joint Stipulation, (Doc. 20).

                                                    Respectfully submitted,

                                                    /s/ Nathan J. Paulich
                                                    Nathan J. Paulich
                                                    Florida Bar No. 0085190
                                                    GRAYROBINSON, P.A.
                                                    P.O. Box 3324

Tampa, Florida 33601-3324
Telephone: (813) 273-5000
Facsimile: (813) 273-5145
Nathan.paulich@gray-robinson.com
Attorney for the Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 17th day of July, 2019, by CM/ECF electronic filing to the Clerk of Court and to the following:

Kathryn S. Piscitelli, Trial Counsel
P.O. Box 691166
Orlando, FL  32869
Kpiscitelli1@clf.rr.com

Peter F. Helwig
Harris & Helwig, P.A.
6700 South Florida Avenue, Suite 31
Lakeland, FL  33813
pfhelwig@tampabay.rr.com

T.R. Unice, Jr., Esquire
Andrew J. Salzman, Esquire
Jeffrey D. Jensen, Esquire
Unice Salzman Jensen, P.A.
Patriot Bank Building
1815 Little Road, Second Floor
Trinity, Florida 34655
service@unicesalzman.com

/s/ Nathan J. Paulich
Attorney