**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ANTHONY TANNER,

    Plaintiff,

v.                                                     Case No: 8:19-cv-219-T-36SPF

ENGLEWOOD WATER DISTRICT,

    Defendant.

_____

**NOTICE OF MEDIATION CONFERENCE**

Anthony Tanner, by and through undersigned counsel, gives notice that mediation in this case has been reset for Monday, June 15, 2020, at 10:00 a.m., before Mediator Peter J. Grilli. The mediation will be held at Mr. Grilli's office, 3001 W. Azeele St. Tampa, FL, 33609, (813) 874-1002.

Respectfully submitted this 20th day of August, 2019, by:

                                                          **/s/ Kathryn S. Piscitelli**
                                                          Kathryn S. Piscitelli
                                                          Florida Bar No. 368598
                                                          P.O. Box 691166
                                                          Orlando, FL 32869-1166
                                                          Phone: (407) 491-0143
                                                          Email: kpiscitelli1@cfl.rr.com
                                                          Secondary email: kpiscitelli2@gmail.com