UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY TANNER,

    Plaintiff,

vs.                                                 Case No.: 8:19-cv-219-T-36SPF

ENGLEWOOD WATER DISTRICT,

    Defendant.
_____/

## **MOTION FOR LEAVE OF COURT**

COMES NOW, the Defendant, ENGLEWOOD WATER DISTRICT, by and through their undersigned counsel and hereby request leave of court to allow the adjuster in this action, Cynthia Otazu to appear at the mediation scheduled for Monday, June 15, 2020 at 10:00 a.m. at 3001 W. Azeele Street, Tampa, Florida, 33609 by telephone.

1. The adjuster, Cynthia Otazu is located at PGCS Claim Services, 615 Crescent Executive Court, Lake Mary, Florida 32746.

2. The adjuster, Cynthia Otazu has a previous committed business meeting on the same day and cannot move the same.

3. The parties wish to go forward with the mediation.

4. The Defendant respectfully requests this Court allow adjuster, Cynthia Otazu to appear by telephone for the mediation, as her attendance will not be prejudicial to the Plaintiff but requiring her to appear in person will cause a hardship to Ms. Otazu.

5. Plaintiff's counsel has been contacted regarding this matter and they do not object to this Motion.

00433833.DOCX

WHEREFORE, the Defendant, Englewood Water District respectfully requests this Court allow Cynthia Otazu to appear at mediation by telephone.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via e-mail to **Kathryn S. Piscitelli, Esquire,** (kpiscitelli1@cfl.rr.com; kpiscitelli2@gmail.com), P.O. Box 691166, Orlando, FL 32869-1166, and **Peter F. Helwig, Esquire,** (pfhelwig@tampabay.rr.com), HARRIS & HELWIG, P.A., 6700 S. Florida Ave., Suite 31, Lakeland, FL 33813, on this ___19___ day of September , 2019.

_____
ANDREW J. SALZMAN, ESQUIRE
FBN #0603929
UNICE SALZMAN JENSEN, P.A.
Patriot Bank Building, Second Floor
1815 Little Road
Trinity, FL   34655
Phone: (727) 723-3772
Fax: (727) 723-1421
Attorneys for Defendant